**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | **Case No. 17-60773** |
| | : | |
| **Steven T. Strentz** | : | **Chapter 7** |
| | : | |
|     **Debtor(s)** | : | **Judge Rebecca B. Connelly** |
| | : | |

**TRANSMITTAL OF SMALL DIVIDENDS**

Comes now the undersigned trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), is authorized by the Court pursuant to its Local Rule 3010-1A. The undersigned Trustee, however, does not believe that it is economically justified in this case to pay further dividend to creditors of less than Five Dollars ($5.00).

2. The trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom the distribution of less than five dollars would have been made has she elected to do so pursuant to Local Rule 3010-1A.

3. That the trustee's check payable to the Clerk, U.S. Bankruptcy Court for the dividends of less than five dollars shall be forwarded to the Clerk with the request that such funds be deposited in the U.S. Treasury.

**Dated: October 27, 2020**            **Respectfully Submitted,**

**HANNAH W. HUTMAN, TRUSTEE**

By: /s/ Hannah W. Hutman
      Hannah W. Hutman, Chapter 7 Trustee

Hannah W. Hutman  (VSB No. 79635)
hhutman@hooverpenrod.com
342 S. Main Street
Harrisonburg, VA  22801
540-433-2444
*Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing notice was mailed via U. S. Postal Service, first class, postage prepaid, this 27th day of October, 2017 to any affected creditor at the address set forth on the Court's creditor mailing matrix.

        /s/ Hannah W. Hutman
        Hannah W. Hutman, Chapter 7 Trustee

# Claims Distribution- Small Dividends

**Case:** 17-60773 STEVEN T STRENTZ

**Trustee:** VA47 Hannah W. Hutman (660470)

| Account No. | Check No. | Issued | Claim No. | Filed | Payee: Priority Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| 3910034675 | 1012 | 10/26/20 | | | Payee: U.S. Bankruptcy Court | | Check Amount: | | $3.61 |
| | | | 3 | 06/12/17 | 610  Rappahannock Electric Cooperative | 285.45 | 285.45 | 25.83 | 3.61 |